IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SHEREEN RENEE' GREENE,          *

    Appellant,          *

vs.          *          CASE NO. 4:22-cv-179 (CDL)

ROCKET MORTGAGE, LLC,          *

    Appellee.          *

_____

O R D E R

On November 18, 2022, pro se Appellant Shereen Greene filed a Notice of Appeal challenging an order entered by the United States Bankruptcy Court for the Middle District of Georgia. Notice of Appeal 7, ECF No. 1. On November 21, 2022, the Clerk of the Bankruptcy Court advised Greene that she was required to pay a filing fee of $298 to proceed with her appeal and directed her to pay that fee within seven days. *Id.* at 27; *see* 28 U.S.C. § 1930. The record reflects that Greene neither paid a filing fee for the appeal nor applied to proceed *in forma pauperis*.

Thus, the Court orders Greene to either pay the required appeal filing fee or apply to proceed *in forma pauperis* by December 21, 2022. Failure to comply with this order will result in the dismissal of this action. *See In re Owens*, 458 F. App'x. 836, 837 (11th Cir. 2012) (per curiam) (affirming the dismissal of a pro se bankruptcy appeal based on the appellant's failure to pay the

appeal filing fees or apply to proceed *in forma pauperis*).  The Court directs the Clerk of Court to provide Greene an *in forma pauperis* application form with a copy of this order.


    IT IS SO ORDERED, this 7th day of December, 2022.

                            S/Clay D. Land
                            _____
                            CLAY D. LAND
                            U.S. DISTRICT COURT JUDGE
                            MIDDLE DISTRICT OF GEORGIA