```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

SHEREEN RENEE' GREENE,             *

    Appellant,                     *

vs.                                *     CASE NO. 4:22-cv-179 (CDL)

ROCKET MORTGAGE, LLC,              *

    Appellee.                      *

## O R D E R

On November 18, 2022, pro se Appellant Shereen Greene filed a Notice of Appeal challenging an order entered by the United States Bankruptcy Court for the Middle District of Georgia. Notice of Appeal 7, ECF No. 1. On December 7, 2022, the Court ordered Greene to pay the required appeal filing fee or apply to proceed *in forma pauperis* by December 21, 2022. Order (Dec. 7, 2022), ECF No. 3). The Court warned Greene that failure to comply with the December 7, 2022 order would result in the dismissal of this action. *Id.* Greene has not paid the filing fee or applied to proceed *in fomra pauperis*. Accordingly, this action is dismissed.

IT IS SO ORDERED, this _23rd day of December, 2022.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA